458 A.2d 282

Commonwealth v. Cleary, Appellant.

Sub-mitted June 15, 1982.   Paulette J. Balogh, Assistant Public Defender, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.

458 A.2d 282

Commonwealth v. Davalos, Appellant.

Submitted February 3, 1983.   Harry R. Seay, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Angelo A. Guarino is affirmed.